FILED

OCT 5 - 1999

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JASON BAKER, et al.

        Plaintiffs

v.

DISTRICT OF COLUMBIA, et al.

        Defendants

Civil Action No.: **1:99 CV 00896**
RWR
DAR (Discovery)

### ORDER

Upon consideration of the <u>Joint Motion to Extend Deadlines for Discovery and for Filing Dispositive Motions</u>, it is thereupon this 4th day of October 1999,

ORDERED, the existing deadlines be and are hereby replaced and superseded by this order; and it is further

ORDERED, that –

A.    all discovery, except as to added parties, shall be closed on October 18, 1999;

B.    all discovery as to added parties shall be closed on November 15, 1999;

C.    all motions to compel discovery shall be filed by November 15, 1999;

D.    all dispositive motions shall be filed by December 5, 1999; ~~and~~

E.    oppositions shall be filed according to the Local Rules as previously ordered; and

F.    the November 10, 1999 status conference is rescheduled for December 9, 1999 at 9:30 a.m.

                                                           _____
                                                           ~~DEBORAH A. ROBINSON~~
                                                           United States ~~Magistrate~~ District Judge

11

cc:

Kimberly D. Ockene, Esquire
2445 M Street, NW
Washington, D.C.  20037

Andrew S. Hoenig, Esquire
Assistant Corporation Counsel
441 4th Street, Room 6S053
Washington, D.C.  20001

Sean R. Day, Esquire
7100 Baltimore Avenue, Suite 211
College Park, MD 20740